

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-11-00036-CV

IN RE MARTIN G. CASTILLO, JR.                                    RELATOR

-----------

ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. The trial court clerk has informed this court that the motion relator seeks a ruling on has not been filed.

Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: WALKER, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED: January 25, 2011

--------------------------

[1]*See* Tex. R. App. P. 47.4, 52.8(d).